| 1. Person Reporting (last name, first, middle initial)<br><br>Foote, Elizabeth E. | 2. Court or Organization<br><br>U.S. District Court Western District of Louisiana | 3. Date of Report<br><br>11/14/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>300 Fannin Street<br>Shreveport, LA 71101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | ▢▢▢▢ -law office building partnership |
| 2. Board of Trustees Member | Louisiana State University/Paul M. Hebert Law Center |
| 3. Power of Attorney | POA #1 |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 04/01/10 | Termination of Partnership Agreement- ▢▢▢▢ |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 11/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 08/01/2016 | LSU - teaching course | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Louisiana State Employees Retirement System- retired judge |
| 2. 2016 | ▓▓▓▓▓▓▓▓, share of partnership profits |
| 3. 2016 | ▓▓▓▓▓▓ |
| 4. 2016 | LSU - teaching stipened |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 11/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | credit card | J |
| 2. | US Treasury & LA Dept of Revenue | income tax liability- ESTIMATED | J |
| 3. | Mastercard | credit card | J |
| 4. | Discover Card | credit card | J |
| 5. | Dan Boyd | guarantee on debt of HD Foote LLC | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Wells Fargo- Roth IRA (H) | | | | | | | | | |
| 2. ----- Templeton World Fund | C | Int./Div. | L | T | | | | | |
| 3. ----- Washington Mutual Investment Fund | A | Int./Div. | K | T | | | | | |
| 4. Red River Bank Checking | A | Interest | K | T | | | | | |
| 5. Red River Bank Checking #2 | A | Interest | J | T | | | | | |
| 6. Capital One Savings #1 | C | Interest | O | T | | | | | |
| 7. American Funds 529 Plan Account (FBO David) | | | | | | | | | |
| 8. -----American Funds Money Market | | None | J | T | | | | | |
| 9. -----American Balanced Fund | C | Dividend | L | T | | | | | |
| 10. Wells Fargo Roth IRA (H) | | | | | | | | | |
| 11. -----John Hancock Regional Bank | A | Int./Div. | L | T | | | | | |
| 12. -----Templeton World Fund | C | Int./Div. | L | T | | | | | |
| 13. -----Washington Mutual Invs Fund | A | Int./Div. | K | T | | | | | |
| 14. Chase Investment (H) | | | | | | | | | |
| 15. -----JP Morgan US Treas Plus MMKT | A | Dividend | K | T | | | | | |
| 16. -----JPMorgan Chase & Co Common | B | Dividend | L | T | | | | | |
| 17. -----AllianceBer Global Thematic Grth | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.  -----JPMorgan Intrepid Mid Cap | A | Dividend | J | T | | | | | |
| 19.  -----JPMorgan Large Cap Grth | | None | K | T | | | | | |
| 20.  Capital One Savings #2 | C | Interest | O | T | | | | | |
| 21.  Fidelity & Guaranty Life "Indexed Rewards" - Fixed Rate Annuity | E | Int./Div. | N | T | | | | | |
| 22.  Chase Investment-Invesco Global Small & Mid | | None | J | T | | | | | |
| 23.  Yuma Exploration-Royalty Interest-▢▢, Louisiana | B | Royalty | K | W | | | | | |
| 24.  Timber land-▢▢, Louisiana | | None | N | W | | | | | |
| 25.  1/2 interest land-▢▢, Louisiana | | None | J | W | | | | | |
| 26.  1/2 interest land -▢▢, Louisiana | | None | J | W | | | | | |
| 27.  1/6 interest ▢▢ Company | | None | K | W | | | | | |
| 28.  1/3 interest ▢▢ Company (power of attorney) | | None | K | W | | | | | |
| 29.  Metropolitan Life Insurance Company - variable policy | | | | | | | | | |
| 30.  ----MetLife Stck Index Port | A | Int./Div. | K | T | | | | | |
| 31.  ----Barclays Ag Bd Idx Port | A | Int./Div. | J | T | | | | | |
| 32.  ----MSCI EAFE Index | A | Int./Div. | J | T | | | | | |
| 33.  ----Russell2000 Index Port | A | Int./Div. | J | T | | | | | |
| 34.  Red River Bank- Checking #3 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 35. Vanguard-Prime Money Mkt Fund | A | Int./Div. | J | T | | | | | |
| 36. John Hancock-Law Firm 401K, Lifestyle Balanced Fund | B | Int./Div. | N | T | | | | | |
| 37. Wells Fargo- Roth IRA line 1: Invesco Amer. Franchise | | None | L | T | | | | | |
| 38. American Funds, Uniform Gift to Minor-Capital World Growth | A | Int./Div. | J | T | | | | | |
| 39. American Funds, Uniform Gift to Minor-Wash Mutual Invs | A | Int./Div. | J | T | | | | | |
| 40. Red River Bank- Checking #4 | B | Int./Div. | K | T | | | | | |
| 41. FTJ Fundchoice IRA - iShares North Amer Tech-Software ETF | A | Dividend | K | T | Buy (add'l) | 11/22/16 | J | | |
| 42. FTJ Fundchoice IRA-SPDR Technology Select Sector | B | Dividend | L | T | Buy (add'l) | 11/22/16 | J | | |
| 43. FTJ Fundchoice IRA-iShares Dow Jones US Broker Dealers | A | Dividend | | | Buy (add'l) | 01/22/16 | J | | |
| 44. | | | | | Sold (part) | 02/25/16 | J | A | |
| 45. | | | | | Sold | 04/15/16 | J | A | |
| 46. FTJ Fundchoice IRA-SPDR Financial Select Sector | B | Dividend | L | T | Buy (add'l) | 01/22/16 | J | | |
| 47. | | | | | Sold (part) | 11/22/16 | J | A | |
| 48. FTJ Fundchoice IRA-SPDR Health Care Select Sector | A | Dividend | L | T | Sold (part) | 01/22/16 | J | A | |
| 49. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 50. FTJ Fundchoice IRA-WisdomTree Japan Hedged Equity | A | Dividend | | | Sold (part) | 01/08/16 | K | A | |
| 51. | | | | | Sold | 01/22/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. FTJ Fundchoice IRA-TD Bank USA FDIC Insured Deposit | D | Int./Div. | K | T | | | | | |
| 53. Aviva Life and Annuity Co.- fixed rate annuity | E | Int./Div. | O | T | | | | | |
| 54. Vanguard Acct. #1 (H) | | | | | | | | | |
| 55. ----- Vanguard Mid-Cap Growth | B | Dividend | N | T | | | | | |
| 56. ----- Vanguard Small-Cap Growth | C | Dividend | N | T | | | | | |
| 57. ----- Vanguard Total Stock | E | Dividend | P1 | T | | | | | |
| 58. Vanguard SEP IRA: Vanguard REIT Index | B | Int./Div. | M | T | Buy (add'l) | 09/20/16 | L | | |
| 59. NR Scandic Springs | C | Int./Div. | K | T | | | | | |
| 60. FTJ Fundchoice IRA- SPDR Consumer Discretionary | A | Dividend | | | Sold | 04/15/16 | K | C | |
| 61. FTJ Fundchoice IRA - Vanguard Energy Index | | None | | | Sold | 02/25/16 | K | A | |
| 62. 1/14 interest - [redacted] and [redacted] | | None | K | W | Sold (part) | 02/01/16 | J | D | H.D. Foote Lumber Company |
| 63. FTJ Fundchoice IRA - iShares Russell 2000 | A | Dividend | | | Buy | 01/08/16 | K | | |
| 64. | | | | | Buy (add'l) | 01/22/16 | K | | |
| 65. | | | | | Sold | 08/18/16 | K | D | |
| 66. FTJ Fundchoice IRA - SPDR Energy Select Sector | B | Dividend | K | T | Buy | 02/25/16 | K | | |
| 67. | | | | | Sold (part) | 11/22/16 | J | A | |
| 68. FTJ Fundchoice IRA - SPDR S&P Bank | A | Dividend | K | T | Buy | 08/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Foote, Elizabeth E. | 11/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 70. | | | | | Buy (add'l) | 10/12/16 | J | | |
| 71. FTJ Fundchoice IRA - iShares Nasdaq Biotech Index | A | Dividend | K | T | Buy | 08/16/16 | J | | |
| 72. | | | | | Buy (add'l) | 09/28/16 | J | | |
| 73. | | | | | Buy (add'l) | 11/22/16 | J | | |
| 74. FTJ Fundchoice IRA - Real Estate Select Sector (X) | | None | | | Sold | 09/28/16 | J | A | |
| 75. FTJ Fundchoice IRA -iShares Dow Jones US Home | A | Dividend | K | T | Buy | 11/22/16 | J | | |
| 76. | | | | | Buy (add'l) | 12/19/16 | J | | |
| 77. FTJ Fundchoice IRA -iShares Short Maturity Bond | | None | J | T | Buy | 12/27/16 | J | | |
| 78. American Funds 529 Plan Account (FBO Paul) (X) | | | | | | | | | |
| 79. -----American Funds Money Market | | None | K | T | | | | | |
| 80. -----Cash Management Trust of America | | None | | | Closed | 12/30/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Foote, Elizabeth E. | 11/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 21: Description of asset has been updated to better describe annuity. This is a fixed rate annutiy fund called the index rewards fund. No specific investments are owned. This product is no longer available for purchase and will not be found in the list of products offered by Fidelity.

Line 29 - 33 : Description of asset has been updated to better descrbie life insurance policy and the specific funds reported separately. In prior year all funds were combined and reported as one asset.

Line 41: FTJ Fundchoice IRA - iShares Goldman Sachs Software Index name has changed to iShares North American Tech-Software ETF.

Line 53: Description of asset has been updated to better describe annutiy.

Line 62: 1/14 interest land located in            , Louisiana and 1/14 interest in land located in            , Louisiana was given to spouse by his mother in 2015. This asset is            separate property and in no way associated with Judge Elizabeth Foote's assets. The            land was sold in 2016. Only            land owned at 12/31/16.

Line 78 - 80: American Funds 529 Plan Account (FBO      In prior years this account was reported with line 7 - 9 American Funds 529 Plan Account (FBO

Line 79: This is a non-interest bearing fund, no income is being earned.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth E. Foote**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544